U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 2 4 2006

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

RECEIVED

JAN 1 0 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 05-1473 |
| | * | |
| VS. | * | JUDGE MILDRED E. METHVIN |
| | * | |
| DIVINI L. PEREZ-LUCCIONI | * | MAGISTRATE JUDGE SHEMWELL |

## JUDGMENT

The defendant, having been duly served, more than the required number of days having elapsed, and having failed to plead or otherwise defend, default having been heretofore entered, due proof being made, the law and evidence being in favor hereof;

IT IS ORDERED, ADJUDGED and DECREED that there be judgment in favor of the plaintiff, United States of America, and against the defendant DIVINI L. PEREZ-LUCCIONI as follows:

| | |
|---|---|
| Unpaid principal balance after all payments received | $321,520.86 |
| Accrued interest as of May 25, 2005 at the rate of 5.625% plus any penalty and/or admin charges | $3,402.32 |
| Plus interest at 5.625% from May 25, 2005 to date of Judgment | |
| Plus post-judgment interest at the rate pursuant to 28 U.S.C. §1961(a) to be compounded annually. | |

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant pay all costs of this proceeding, including the filing fees allowed pursuant to 28 U.S.C. 2412(a)(2).

Shreveport, Louisiana, this the 24th day of January, 2006.

_Robert H. Shemwell_
~~CHIEF DEPUTY~~, CLERK OF COURT